| Date | Entry |
|---|---|
| 9/30/70 | ORDER TO SHOW CAUSE - Copies sent to all involved judges and all counsel. |
| 10/12/70 | Extension of time requested by Def. Tube Specialists, Inc. ~~and Pl. Embro Co., Inc.~~ |
| 10/12/70 | Extension of time requested by Pl. Embro Co., Inc. |
| 10/12/70 | Order Granting Ext. of Time to & incl. 11/6 for responding to SCO. (All) |
| 10/15/70 | Ext. of time requested by pl. Relaxaway |
| 10/15/70 | Ext. of time requested by def. House of Slender Gem, Inc. |
| 10/15/70 | Order denying to 11/16 for respondes of Relawaway & house of Slender Gen to respond to SCO. |
| 10/16/70 | (1.) Response to Order to Show Cause by Embro Co., Inc. |
| ~~10/28/70~~ | ~~[struck-through entry]~~ |
| 10/28/70 | PANEL ATTORNEY SERVICE LIST mailed. |
| 11/6/70 | (2.) Response of Relaxaway Corp. |
| 11/9/70 | (3.) Response of Defendants Robert J. Thomas and Pauline Thomas |
| 11/9/70 | (4.) Response of defendant Tube Specialists, Inc. |
| 12/21/70 | (5.) Notice Re. Embro Co., Inv. v. Tube Specialists, Inc. |
| 12/21/70 | HEARING ORDER Entered. Sent to Judges and Hearing Clerk. NOTICE OF HEARING Mailed to Counsel |
| 3/5/71 | Consent of Judge Albert Lee Stephens, Jr., Ch. J. for Francis C. Whelan to handle this litigation. |
| 3/5/71 | OPINION and ORDER transfering A-1 through A-6 to the C.D. Calif and Assigning to Judge Francis C. Whelan for coordinated or consolidated pretrial proceedings. |
| 3/5/71 | DISSENT from Judge Stanley A. Weigel stating cause as insufficient common questions of fact to justify §1407 transfer. |

328 F.Supp. 507

DOCKET NO. 57

## DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### Description of Litigation

IN RE EMBRO PATENT INFRINGEMENT LITIGATION

3/5/71 - 20 CD California
& J. Whelan

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Embro Co., Inc. v. House of Slender Gem, Inc. *dismissed 4/15/71* | S.D. Cal. 70 127 T | Turrentine | 3/5/71 | 71-614-FW |
| A-2 | Embro Co., Inc. v. Daco Industries, Inc. *dismissed 6/15/71* | S.D. Cal. 70 165 T | Turrentine | 3/5/71 | 71-615-FW |
| A-3 | Embro Co., Inc. v. Tube Specialists, Inc. | C.D. Cal. 70-844-DWW | Williams | | 11/5/70 |
| A-4 | Relaxaway Corporation v. Embro Co., Inc. et al. *dismissed 7/12/71* | C.D. Cal. 69-2393-FW | Whelan | NTN | |
| A-5 | Embro Co., Inc., et al. v. Robert J Thomas, etc. DISMISSED 4/7/71 | Oregon 70-225 | | 3/5/71 | 71-882-FW |
| A-6 | Embro Co., Inc. v. JTL Manufacturing, Inc., et al. *dismissed 5/25/71* | W.D. Wisc. 70-C-112 | DOYLE | 3/5/71 | 71-687 FW |

4 Transfers to 6/30/71 - all dismissed
by J. Whelan - 7/20/71

DOCKET NO. 57

ATTORNEY SERVICE LIST

**ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

## DESCRIPTION OF LITIGATION

IN RE EMBRO PATENT INFRINGEMENT LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | R. William Johnston, Esquire<br>Richard E. Seibel, Esquire<br>Christie, Parker & Hale<br>201 South Lake Avenue<br>Pasadena, California  91101 | William C. Babcock, Esquire<br>100 East Ocean Boulevard<br>Long Beach, California |
| A-2 | Same as A-1 (Johnston) | Same as A-1 (Babcock) |
| A-3 | Same as A-1 above (Johnston) | Grant L. Hubbard, Esquire<br>Don W. Martens, Esquire<br>Fowler, Knobbe & Martens<br>Union Bank Square - North Tower<br>500 S. Main, Suite 1013<br>Orange, California  92668 |
| A-4 | W. Robert Spensley, Esquire<br>Spensley, Horn, Jubas & Lubitz<br>1800 Century Park East, Suite 500<br>Los Angeles, California  90067 | Same as A-1 p. (Johnston)<br><br>For John W. Sellner<br>    Charles A. Frantz, Esquire<br>    11842 Victory Boulevard<br>    N. Hollywood, California |
| A-5 | Same as A-1 (Johnston) | J. Pierre Kolisch, Esquire<br>Kolisch and Hartwell<br>1004 Standard Plaza<br>Portland, Oregon  97204 |
| A-6 | Same as A-1 above (Johnston) | James E. Nilles, Esquire<br>780 N. Water Street, Suite 1270<br>Milwaukee, Wisconsin  53202 |

COUNSEL OF RECORD

DOCKET NO. 57

**ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

## DESCRIPTION OF LITIGATION

IN RE EMBRO PATENT INFRINGEMENT LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | R. William Johnston, Esquire<br>Richard E. Seibel, Esquire<br>Christie, Parker & Hale<br>201 South Lake Avenue<br>Pasadena, California 91101<br><br>Harvey B. Tyndall, Esquire<br>1010 2nd Avenue, Suite 1325<br>U.S. National Bank Building<br>San Diego, California 92101 | William C. Babcock, Esquire<br>100 East Ocean Boulevard<br>Long Beach, California |
| A-2 | Same as A-1 above (Johnston & Tyndall) | Same as A-1 above (Babcock) |
| A-3 | Same as A-1 above (Johnston) | Grant L. Hubbard, Esquire<br>Don W. Martens, Esquire<br>Fowler, Knobbe & Martens<br>Union Bank Square - North Tower<br>500 S. Main, Suite 1013<br>Orange, California 92668 |
| A-4 | W. Robert Spensley, Esquire<br>Spensley, Horn, Jubas & Lubitz<br>1880 Century Park East, Suite 500<br>Los Angeles, California 90067 | FOR EMBRO<br>Same as A-1 plaintiff above (Johnston)<br><br>FOR SELLNER<br>Charles A. Frantz, Esquire<br>11842 Victory Boulevard<br>N. Hollywood, California |
| A-5 | Same as A-1 above (Johnston)<br><br>Stephen W. Blore, Esquire<br>Buckhorn, Blore, Klarquist & Sparrow<br>703 Board of Trade Buildng<br>310 S. W. Fourth Avenue<br>Portland, Oregon 97204 | J. Pierre Kolisch, Esquire<br>Kolisch & Hartwell<br>1004 Standard Plaza<br>Portland, Oregon 97204 |
| A-6 | Joseph G. Werner, Esquire<br>Room 305, 122 W. Washington Avenue<br>Madison, Wisconsin 53703 | James E. Nilles, Esquire<br>780 N. Water Street, Suite 1270<br>Milwaukee, Wisconsin 53202 |